UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00212-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **THOMAS C. BRIGGS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Continue Sentencing. For cause, counsel states in part that he does not have sufficient time to prepare a sentencing memorandum due to work in another court earlier this month. Review of the Objections to the Presentence report reveals, however, that counsel appears to have a good head start on preparing such memorandum as nearly three pages of the November 30, 2012, Objections discuss the merits of the "Sentencing Memorandum and Motion for Downward Departure and/or Variance." Objections (#9) at 1-4.

The court will continue the hearing for one week rather than the two requested, and direct the Clerk to reschedule this matter for hearing on February 28, 2013.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue Sentencing (#12) is **GRANTED,** and the Clerk of Court is instructed to place this matter on for hearing February 28, 2013, at 2 p.m.

Signed: February 15, 2013

Max O. Cogburn Jr.
United States District Judge